```
LAWRENCE G. BROWN
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

MAY 2 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>EDGAR EDUARDO MARTINEZ,<br>    Defendant. | MAG. NO. 07-351-DAD<br><br>MOTION TO DISMISS<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against MARTINEZ.

DATED: May 27, 2009

LAWRENCE G. BROWN
Acting United States Attorney
 /s/ Michelle Rodriguez
By _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 07-351-DAD against defendant EDGAR EDUARDO MARTINEZ is GRANTED.

DATED: May 27, 2009

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge